IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00331-WYD-KMT

ELIZABETH HUMPHREYS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Voluntarily Dismiss Claims for Exemplary Damages (filed May 6, 2008) is stricken with leave to refile. The motion does not indicate that it is stipulated to as required by Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, while it is docketed as an unopposed motion, the motion does not indicate that Plaintiff's counsel conferred with defense counsel as required by D.C.COLO.LCivR 7.1A. Finally, I note that the motion does not comply with D.C.COLO.LCivR 10.1E.

    Dated: May 7, 2008