IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00331-WYD-KMT

ELIZABETH HUMPHREYS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER DISMISSING CLAIMS FOR EXEMPLARY DAMAGES

The Court, having reviewed the parties' Stipulated Motion to Voluntarily Withdraw Claim for Exemplary Damages and being fully advised in the premises,

ORDERS that the Stipulated Motion to Voluntarily Withdraw Claim for Exemplary Damages (filed May 15, 2008) is **GRANTED**. The claim for exemplary damages is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 16, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge