IN THE UNITED STATES DISTRICT COURT
                                        FOR THE DISTRICT OF COLORADO
                                            JUDGE WILEY Y. DANIEL

| Courtroom Deputy: | Robert R. Keech | Date: | October 15, 2008 |
| E.C.R./Reporter: | Suzanne Claar | | |

Civil Action No: **08-cv-00331-WYD-KMT**     Counsel:

**ELIZABETH HUMPHREYS**,                     Christopher B. Dominick

      Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE**             Sheryl L. Anderson
**INSURANCE COMPANY**,                       Sarah S. O'Brien

      Defendant.

## COURTROOM MINUTES

**HEARING ON MOTION FOR BIFURCATION AND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

**4:37 p.m.**    Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

        Stipulated Motion for Bifurcation (#24 - 9/26/08) is raised for argument.

**4:38 p.m.**    Argument by Plaintiff (Mr. Dominick).

**4:45 p.m.**    Argument by Defendant (Ms. Anderson).

**4:47 p.m.**    Argument by Plaintiff (Mr. Dominick).

**4:54 p.m.**    Argument by Defendant (Ms. Anderson).

**ORDERED:**   Stipulated Motion for Bifurcation (#24 - 9/26/08) is **DENIED.**

Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Partial Summary Judgment and to Endorse Bad Faith Expert Witness (#27 - 9/30/08) is raised for argument.

| | |
|---|---|
| 4:58 p.m. | Argument by Plaintiff (Mr. Dominick). |
| 5:02 p.m. | Argument by Defendant (Ms. Anderson). |
| 5:03 p.m. | Argument by Plaintiff (Mr. Dominick). |
| 5:09 p.m. | Argument by Defendant (Ms. Anderson). |

**ORDERED:**   Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Partial Summary Judgment and to Endorse Bad Faith Expert Witness (#27 - 9/30/08) is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**   Defendant's Motion for Partial Summary Judgment and Brief in Support (#22 - 9/11/08) is **DENIED AS WITHDRAWN BY DEFENDANT.**

**5:14 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:37**