IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00331–WYD–KMT

ELIZABETH HUMPHREYS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

**AMENDED ORDER**

    This matter is before the court on "Counsel for Plaintiff's Amended Motion to Withdraw as Counsel" filed by Attorneys Christopher B. Dominick and Dianne L. Sawaya [Doc. No. 39, filed January 23, 2009].

    Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 39] is GRANTED. Attorneys Christopher B. Dominick and Dianne L. Sawaya are relieved of any further representation of Plaintiff in the above captioned matter. The Clerk of Court is instructed to remove Mr. Dominick and Ms. Sawaya from the electronic certificate of mailing.

Dated this 11th day of March, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge