## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.**   08-cv-00331-WYD-KMT            FTR

**Date:**  April 10, 2009                             Debra Brown, Deputy Clerk

ELIZABETH HUMPHREYS                                   Pro se

               Plaintiffs.

v.

STATE FARM MUTUAL AUTOMOBILE              Sheryl Lynn Anderson
INSURANCE CO.                             Sarah Smyth O'Brien
               Defendants.

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:20 a.m.**

Court calls case.  Appearance by plaintiff, pro se, former counsel Christopher Dominick and of counsel.

Defendant's MOTION to Enforce Settlement and Brief In Support [Document #34, filed January 13, 2009] at issue.

Argument by Ms. Humphreys

Opening statements.

**Witness sworn and testified on behalf of the defendant, SARAH SMYTH O'BRIEN:**
**9:43 a.m.**     Direct examination.
**10:05 a.m.**    Cross-examination.
**9:47 a.m.**     **Witness excused.**

**Witness sworn and testified on behalf of the defendant, CHRISTOPHER B. DOMINICK:**
**9:48 a.m.**     Direct examination.
**9:46 a.m.**     Cross-examination.
**10:18 a.m.**    Redirect examination.
**9:47 a.m.**     **Witness excused.**

Defendant rests.

Argument by Plaintiff.

**Exhibits admitted:** Plaintiff's Exhibit 1.

Plaintiff rests.

Closing arguments

**ORDERED:**   Matter taken under advisement. Written Order to issue

**Court in recess: 10:40 a.m.**
Total In-Court Time 1:10; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.