UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00331-WYD-KMT

ELIZABETH HUMPHREYS,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

    This matter is before the Court on Defendant's Motion to Enforce Settlement and Brief in Support. This motion was referred to Magistrate Judge Tafoya for a recommendation by Order of Reference dated February 22, 2008, and Memorandum of January 13, 2009.

    On April 16, 2009, Magistrate Judge Tafoya issued a Recommendation of United States Magistrate Judge which is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1), F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 72(b), D.C.COLO.LCivR. 72.1. Magistrate Judge Tafoya recommends therein that Defendant's Motion to Enforce Settlement be granted and that this case be dismissed with prejudice pursuant to the settlement. *See* Recommendation at 11.

    Magistrate Judge Tafoya advised the parties that written objections were due within ten (10) days after service of a copy of the Recommendation. *Id.* at 12. Despite

this advisement, no objections were filed by any party to the Magistrate Judge's Recommendation. No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. Under even the de novo standard of review, I agree with Magistrate Judge Tafoya that the settlement should be enforced and this case dismissed. Magistrate Judge Tafoya does a thorough analysis of the law regarding settlements, which she correctly notes is governed by contract law. I agree with Magistrate Judge Tafoya that the settlement in this case appears to be valid since Plaintiff gave her attorney authority to settle for any amount over $1000.00, and he settled the case for $5,000. I further agree with Magistrate Judge Tafoya that the fact Plaintiff later changed her mind about the settlement or became dissatisfied with it does not constitute grounds to vacate the settlement. In keeping with the strong public policy favoring resolution of a case rather than continued litigation, as noted in the

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, FED. R. CIV. P. 72(a), which in turn is less than a de novo review, FED. R. CIV. P. 72(b).

Recommendation, I find that the settlement should be enforced in accord with the findings in the Recommendation.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge dated April 16, 2009, is **AFFIRMED AND ADOPTED**.  In accordance therewith, it is

ORDERED that Defendant's Motion to Enforce Settlement (Doc. # 34) is **GRANTED** and the parties are directed to comply with the terms of the settlement.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  May 8, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge