**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.**   08-cv-00331-WYD-KMT | FTR |
| **Date:**  July 17, 2009 | Debra Brown, Deputy Clerk |
| ELIZABETH HUMPHREYS | Pro se |
| Plaintiffs. | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | Sarah Smyth O'Brien (Telephone)<br>Christopher Dominick |
| Defendants. | Dianne Sawaya |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**

**Court in Session: 9:15 a.m.**

Court calls case.  Appearance by counsel and plaintiff, *pro se*.

Plaintiff's Motion for Order Regarding Settlement by Plaintiff [Document #65, filed July 13, 2009] at issue:

Statements by Ms. Humphreys
Statements by former Counsel Christopher Dominick and Dianne Sawaya.

**ORDERED:**    Plaintiff's Motion for Order Regarding Settlement by Plaintiff is **DENIED**.

**Court in recess : 9:45 a.m.**
Total In-Court Time 0:30; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.